No. 240. CENTRAL SURETY & INSURANCE CORP. *v.* ROYAL TRANSIT, INC. C. A. 7th Cir. Certiorari denied.

*Suel O. Arnold* for petitioner. *Eugene Wengert* for respondent.